UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE:<br>MARK AND CHERYL PARASILITI<br><br>*Debtors* | Case No. 12:22402<br>Chapter 13 |
| MARK AND CHERYL PARASILITI<br><br>*Plaintiffs*<br><br>v.<br><br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION,<br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY D/B/A/ AMERICAN EDUCATION SERVICES,<br>NELNET LOAN SERVICES, INC. A/K/A NELNET, INC.,<br>US BANK ELT EFS FINANCE CO & AFFIL. A/K/A US BANCORP,<br>US BANL ELT GOAL STRUCTURED SOLUTIONS A/K/A US BANCORP<br><br>*Defendants* | A.P. No. 20-02023 |

**STIPULATED JUDGMENT**

IT IS HEREBY STIPULATED by and among Plaintiffs Mark Parasiliti, Cheryl Parasiliti, and Defendant Educational Credit Management Corporation ("ECMC") that the following facts are true, and that judgment shall be entered in this matter as follows:

1. ECMC holds all right, title, and interest in one Federal Family Education Loan Program ("FFELP") Consolidation Loan, made pursuant to a FFELP Consolidation Loan Application and Promissory Note executed by Cheryl Parasiliti on January 22, 2007 ("***Cheryl Parasiliti Note***"). Pursuant to the Cheryl Parasiliti Note, one Consolidation loan was disbursed

on or around March 7, 2007, in the total amount of $31,016.72 at an interest rate of 8.0% ("***Cheryl Parasiliti Loan***"), and the current balance of the Cheryl Parasiliti Loan was $82,227.74 as of August 26, 2021.

2. ECMC also holds all right, title, and interest in one FFELP Consolidation Loan, made pursuant to a FFELP Consolidation Loan Application and Promissory Note executed by Mark Parasiliti on May 9, 2006 ("***Mark Parasiliti Note***"). Pursuant to the Mark Parasiliti Note, one Consolidation loan was disbursed on or around August 7, 2006, in the total amount of $92,077.46 at an interest rate of 5.0% ("***Mark Parasiliti Loan***"), and the balance of the Mark Parasiliti Loan was $138,891.77 as of August 26, 2021. Together the Cheryl Parasiliti Note and the Mark Parasiliti Note are referred to as the "***Notes.***"

3. The Notes evidence student loans made to Plaintiffs under a program funded in whole or in part by a governmental unit within the meaning of 11 U.S.C. § 523(a)(8). The program, referred to as FFELP, formerly known as the Guaranteed Student Loan Program, was established by the Higher Education Act of 1965, as codified at 20 U.S.C. § 1071 *et seq.*

4. ECMC is a private, nonprofit corporation, and a guaranty agency under the FFELP. ECMC is a Minnesota corporation with its principal place of business located at 111 Washington Avenue South, Suite 1400, Minneapolis, MN 55401.

5. ECMC currently holds all right, title, and interest in the Notes.

6. Plaintiffs are married with no dependents.

7. Plaintiffs allege that repayment of the Notes would cause an undue hardship.

8. ECMC denies and disputes Plaintiffs' allegations in this adversary proceeding.

**STIPULATION**

9. Plaintiffs and ECMC agree to a settlement of this adversary proceeding on the following terms:

      A.      Plaintiffs unconditionally agree that their obligations to ECMC pursuant to the Notes shall be nondischargeable.

      B.      Plaintiffs shall pay a principal balance of $21,240.00 at a reduced interest rate of 0% in satisfaction of the debts evidenced by the Notes.

      C.      Plaintiffs will pay ECMC on the first of every month as follows: $250/month for the first 60 months (beginning with the first payment due on January 1, 2022); $175/month for the next 24 months; and $85/month for the remaining 24 months ("Settlement Payments").

      D.      If Plaintiffs timely and completely make their Settlement Payments when due, ECMC shall not (i) seek to offset any federal tax refunds due Plaintiffs; or (ii) report negative information regarding Plaintiffs to any credit reporting bureau.

10. Upon compliance with and completion of the terms of this Stipulated Judgment, Plaintiffs' liabilities under the Notes shall be deemed satisfied, and any remaining balance due under the original terms of the Notes will be discharged. Upon discharge, ECMC will execute and deliver a full, final, and complete release of liability from the sums owed under the Notes.

11. All payments to ECMC shall be addressed and mailed to:

    ECMC
    NW Lockbox #8682
    P.O. Box 16478
    St. Paul, MN 55116-0478

12. If any one payment is more than thirty (30) days delinquent, Plaintiffs shall be in default. If Plaintiffs fail to cure the default within ten (10) days of the date of the letter notifying Plaintiffs of such default, then this Stipulated Judgment shall become null and void, and all of the original terms of the Notes shall again be in effect, including unpaid principal, interest that would have accrued, and regulatory collection costs if applicable,

less any payments made under this Stipulated Judgment. Furthermore, ECMC shall resume credit reporting consistent with federal regulations.

13. ECMC's failure to provide a coupon payment booklet, monthly reminder notice, or receipt for payment does not relieve Plaintiffs' obligation and/or agreement to make consecutive, timely, monthly payments as described above.

14. Plaintiffs may at any time choose to repay their student loan obligations to ECMC in full or in part ahead of schedule without prepayment penalty. Consolidation, however, is not considered prepayment. If Plaintiffs consolidate the Notes, the amount certified will be the amount due under the original terms of the Notes, including any charges or fees allowed by federal regulations and this Stipulated Judgment shall become void.

15. If any one or more terms or provisions of this Stipulated Judgment are held to be unenforceable, the remaining terms and provisions shall remain in full force and effect and shall be construed as if the unenforceable provisions had never been contained in this Stipulated Judgment.

16. Any amendment, modification, or waiver of any term or condition of this Stipulated Judgment must be made in writing and signed by all parties hereto. Any attempted oral or implied amendment, modification, or waiver shall be null and void.

17. Except as provided in this Stipulated Judgment, all other terms of the Notes remain in effect and are hereby incorporated by reference. To the extent that the terms of the Notes conflict with the terms of this Stipulated Judgment, the terms in this Stipulated Judgment control.

18. The parties acknowledge that they have been represented by independent counsel of their own choice or have had independent counsel available to them throughout all of the negotiations that have preceded the execution of this Stipulated Judgment.

19. This Stipulated Judgment and any attachments that are incorporated herein constitute the entire agreement of the parties.

20. Each person signing this Stipulated Judgment warrants that they are fully authorized to sign this document on their behalf and on behalf of their respective predecessors, transferors, and/or assignors and that this document is therefore binding upon and enforceable against the same.

21. This Stipulated Judgment is binding upon and shall inure to the benefit of the parties hereto, their respective heirs, executors, administrators, predecessors, successors, and assigns.

22. Each party agrees to bear their own costs, expenses, and attorney's fees in connection with this adversary proceeding.

23. All notices sent to Plaintiffs pursuant to this Stipulated Judgment shall be sent by U.S. Mail, postage paid:

> Mark and Cheryl Parasiliti
> 156 Cole Lane
> Kensington, CT 06037

24. Plaintiffs will use the following contact information for all contact with ECMC related to this Stipulated Judgment:

> ECMC
> Attention: Legal Department
> P.O. Box 64909
> St. Paul, MN 55164-0909
> Email: stipulations@ecmc.org

Phone: (800) 276-0366, option 2

25. The parties to this Stipulated Judgment certify that they have read and fully understand its terms.

MARK PARASILITI

*/s/ Mark Parasiliti*

Dated: 9-1-21

CHERYL PARASILITI

*/s/ Cheryl Parasiliti*

Dated: 9/1/21

**MARK PARASILITI and CHERYL PARASILITI**

By their Attorney,

*/s/ Joshua R.I. Cohen*
Joshua R.I. Cohen (ct27939)
114 Route 100
PO Box 1639
West Dover, VT 05356
860 233 0338
jcohen@TheStudentLoanLawyer.com


**EDUCATIONAL CREDIT MANAGEMENT CORP.**

By its Attorneys,

6

/s/ *Brian J. Lamoureux*
Brian J. Lamoureux (ct29318)
PANNONE LOPES DEVEREAUX & O'GARA LLC
1301 Atwood Avenue, Suite 215N
Johnston, RI 02919
401 824 5100 t
401 824 5123 f
bjl@pldolaw.com

**IT IS SO ORDERED** at Hartford, Connecticut this 7th day of September 2021.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut