# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–2 | User: lwatson | Date Created: 9/7/2021 |
| Case: 20–02023 | Form ID: pdfdoc2 | Total: 8 |

**Recipients of Notice of Electronic Filing:**
aty    Brian J. Lamoureux    bjl@pldolaw.com
aty    Joshua R.I. Cohen    jcohen@thestudentloanlawyer.com
aty    Matthew C. Reeber    mreeber@pldw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla    Mark Anthony Parasiliti    156 Cole Ln    Berlin, CT 06037–2913
pla    Cheryl Lynn Parasiliti    156 Cole Ln    Berlin, CT 06037–2913
dft    ECMC    1 Imation Place    Building 1    Oakdale, MN 55128
ust    U. S. Trustee    Office of the U.S. Trustee    Giaimo Federal Building    150 Court Street, Room 302    New Haven, CT 06510
ust    U. S. Trustee Region 1    Office of The United States Trustee    446 Main Street, 14th Floor    Worcester, MA 01608

TOTAL: 5